Arthur K. Cunningham, SBN 97506
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: (909) 387-1130
Facsimile: (909) 387-1138

Christopher D. Lockwood, SBN 110853
**Arias & Lockwood**
225 W. Hospitality Lane, Suite 314
San Bernardino, CA 92408
Phone: (909) 890-0125
Fax: (909) 890-0185

Attorneys for defendants Sheriff Bob Doyle and Victor Laus, M.D.

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BRIEN BRITTAIN, | CASE NO. EDCV 05-01075 R-AGR |
| Plaintiff, | (~~PROPOSED~~) JUDGMENT |
| v. | |
| SHERIFF OF RIVERSIDE COUNTY et al. | |
| Defendants. | |

The court having granted defendants' motion for summary judgment, JUDGMENT is entered in favor of defendants Bob Doyle and Dr. Victor Laus and against plaintiff Jesse Brien Brittain.

DATED: __August 26, 2008__

_____
United States District Court Judge

1