JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE BRIEN BRITTAIN, | ) | CASE NO. CV 05-1075-R |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| SHERIFF OF RIVERSIDE COUNTY, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY ORDERED AND ADJUDGED that Defendant Bob Doyle's Motion for Summary Judgment is GRANTED.

Dated:  December 9, 2011.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28